## NEWSOME *v.* NORTH CAROLINA.

No. 11, Misc.   Decided October 14, 1963.

Petitioner *pro se.*

*Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of North Carolina for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

MR. JUSTICE HARLAN, for the reasons stated in his dissenting opinion in *Pickelsimer* v. *Wainwright, ante,* p. 3, would have withheld disposition of this petition for certiorari until the disposition, after argument, of that case.